# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MAIA FALCONI-SACHS )
)
      Plaintiff, )
)
      v. )   Civil Case No. 12-1356 (RJL)
)
LPF SENATE SQUARE, LLC, et. al. )
)
)
      Defendant, )
)

## ORDER
(August **27**, 2013) [Dkt. #21]

For the reasons set forth in the Memorandum Opinion entered this **27th** day of August 2013, it is hereby

**ORDERED** that plaintiff's Motion for Attorney's Fees in Accordance with 28 U.S.C. §1446(c) [Dkt. #21] is **GRANTED**; it is further

**ORDERED** that the determination of what amount should be awarded shall be referred to Magistrate John M. Facciola pursuant to Local Rule 72.2.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge

1